# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**

**Plaintiff,**

**-vs-**                                                  **Case No. 3:16-CR-16-02**

**SHANE LUNSFORD**

**Defendant.**

---

### ORDER CONTINUING DEFENDANT ON SUPERVISED RELEASE
### AND ADDING A CONDITION OF SUPERVISION

---

On February 2, 2018, the Defendant appeared with Counsel for an initial hearing on revocation of his supervised release, a status that began on October 6, 2017. The Defendant, in open Court, admitted to the violations as alleged by the U.S. Probation Office. The Court accepted the admissions and found the Defendant had violated the conditions of his supervised release as previously imposed. The Court then ordered the Defendant detained pending final disposition.

Pursuant to the record made in open court on February 26, 2018, the Court would chose not to revoke the Defendant's supervised release at this time. In the alternative, IT IS THE ORDER OF THE COURT that the Defendant shall be released on Tuesday, February 27, 2018 at 8:30 a.m. to be transported to a residential re-entry center (RCC) for a term of twenty-eight (28) days or at the direction of U.S. Probation. All other conditions of supervised release as previously ordered in this case, shall remain in effect.

At the conclusion of the above, the Defendant was orally explained his right of appeal, and he indicated an understanding of the same

IT IS SO ORDERED.

*s/Thomas M. Rose*

_____
THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT